AO 109 (Rev. 11/13)  Warrant to Seize Property Subject to Forfeiture

# UNITED STATES DISTRICT COURT
for the
District of Puerto Rico

In the Matter of the Seizure of                                )
*(Briefly describe the property to be seized)*                 )
CERTAIN DIGITAL ASSETS DESCRIBED IN                            )    Case No. 25-077 (M)
ATTACHMENT A                                                   )
                                                               )

**WARRANT TO SEIZE PROPERTY SUBJECT TO FORFEITURE**

To:  Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests that certain property located within the jurisdiction of the _____ District of Puerto Rico _____ be seized as being subject to forfeiture to the United States of America.  The property is described as follows:

In the matter of the combined criminal and civil forfeiture seizure warrants for the following assets ("SUBJECT ASSETS"): 119.65 BTC currently stored on the wallet with root address bc1qd02m2fgh82dcefymtpq3mxxqvydz29rfcgdgac.

Moreover, it is ORDERED that:
-JUAN CARLOS REYNOSO shall not obstruct, impede or interfere with the seizure of the SUBJECT ASSETS.
-The SUBJECT ASSETS must be transferred, within 24 hours from the date of service of this seizure warrant, to the following Government-controlled address: bc1q9mv775udnfza5ccrgg2cvh73fj7sscvxm2er2h.

I find that the affidavit(s) and any recorded testimony establish probable cause to seize the property.

**YOU ARE COMMANDED** to execute this warrant and seize the property on or before    February 13, 2025
                                                                                     *(not to exceed 14 days)*

  X   in the daytime 6:00 a.m. to 10:00 p.m. ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must also give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

An officer present during the execution of the warrant must prepare, as required by law, an inventory of any property seized and the officer executing the warrant must promptly return this warrant and a copy of the inventory to
    magistrate judge on duty                                     .
         *(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
  ☐ for _____ days *(not to exceed 30)*      ☐ until, the facts justifying, the later specific date of _____.


Date and time issued:    Janaury 31, 2025 at 12:53 PM          */s/ Héctor L. Ramos-Vega*
                                                               _____
                                                                    *Judge's signature*

City and state:          San Juan, Puerto Rico                 U.S. Magistrate Judge HÉCTOR L. RAMOS-VEGA
                                                                    *Printed name and title*

## ATTACHMENT A

In the matter of the combined criminal and civil forfeiture seizure warrants for the following assets ("SUBJECT ASSETS"): 119.65 BTC currently stored on the wallet with root address bc1qd02m2fgh82dcefymtpq3mxxqvydz29rfcgdgac.

Moreover, it is ORDERED that:

-JUAN CARLOS REYNOSO shall not obstruct, impede or interfere with the seizure of the SUBJECT ASSETS.

-The SUBJECT ASSETS must be transferred, within 24 hours from the date of service of this seizure warrant, to the following Government-controlled address: bc1q9mv775udnfza5ccrgg2cvh73fj7sscvxm2er2h.