March 6, 2024

Gentlemen of Futswap

I, JUAN CARLOS REYNOSO, hereby state that Futswap has refunded the full amount of the funds corresponding to the balance held in the E-wallet accounts at the time of the closing of this business unit. In virtue thereof, I exempt Futswap of all future responsibility.

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 6638 | 7198 | 177 | JUAN CARLOS REYNOSO | Active | Jreynoso2 5192435€ Peru | Stable Coins | eWallet | Personal | USDT | 0 | 3749.876931 |
| 6609 | 7169 | 177 | JUAN CARLOS REYNOSO | Active | Jreynoso2 5192435€ Peru | Coins | eWallet | Personal | BTC | 0 | 0.08129392 |
| 6604 | 7164 | 177 | JUAN CARLOS REYNOSO | Active | Jreynoso2 5192435€ Peru | Spot Fiat | eWallet | Personal | USD | 0 | 3708.364778 |

Total balance due: BTC 0.08129392

Balance paid  February 12, 2024: $7,456.98 (charged to the 3 cards)

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| JuanR | Juan | Reynoso | 2485.66 | 2024-2-12 | ***********1002 | 1000000026497 | Success | support@futswap.io |
| JuanR | Juan | Reynoso | 2485.66 | 2024-2-12 | ***********0996 | 1000000026496 | Success | support@futswap.io |
| JuanR | Juan | Reynoso | 2485.66 | 2024-2-12 | ***********0988 | 1000000026495 | Success | support@futswap.io |

I also certify that I am the holder of the wallet provided for the transfer.

bc1qa2kqkm7fwzr8s0jtfrn8ggsg6g4nuql8esghnz

Kind regards

Name       Juan Carlos Reynoso

Signature  *[signature]*

Date       25-03-2024

---

**CERTIFIED TRANSLATION**

I, Cristina López-Acevedo, with an M.A. in Translations from the UPR, certify that this is a true and accurate translation of the original Spanish to the best of my abilities. Pursuant to Local Rule 5(c)(2) & (3).

*[signature]* Cristina López    11:50 am, Feb 27 2025

Marzo 6 de 2024

Señores Futswap

Por medio de la presente, yo  JUAN CARLOS REYNOSO hago constar que Futswap ha efectuado la devolución íntegra de los fondos correspondientes al saldo que mantenía en las cuentas de E-wallet al momento del cierre de esta unidad de negocios. En virtud de ello, eximo a Futswap de toda responsabilidad futura.

| 6638 | 7198 | 177 | JUAN CARLOS REYNOSO | Active | Jreynoso2 5192435€ Peru | Stable Coins | eWallet | Personal | USDT | 0 | 3749.876931 |
| 6609 | 7169 | 177 | JUAN CARLOS REYNOSO | Active | Jreynoso2 5192435€ Peru | Coins | eWallet | Personal | BTC | 0 | 0.08129392 |
| 6604 | 7164 | 177 | JUAN CARLOS REYNOSO | Active | Jreynoso2 5192435€ Peru | Spot Fiat | eWallet | Personal | USD | 0 | 3708.364778 |

Saldo total a pagar: BTC 0.08129392

Saldo pagado  12 febrero de 2024: $7,456.98 (cargado a las 3 tarjetas)

| JuanR | Juan | Reynoso | 2485.66 | 2024-2-12 | ************1002 | 1000000026497 | Success | support@futswap.io |
| JuanR | Juan | Reynoso | 2485.66 | 2024-2-12 | ************0996 | 1000000026496 | Success | support@futswap.io |
| JuanR | Juan | Reynoso | 2485.66 | 2024-2-12 | ************0988 | 1000000026495 | Success | support@futswap.io |

Así mismo certifico que soy el titular de la billetera  proporcionada para la transferencia.

bc1qa2kqkm7fwzr8s0jtfrn8ggsg6g4nuql8esghnz

Cordial saludo

Nombre     Juan Carlos Reynoso

Firma      *[signature]*

Fecha      25-03-2024